PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Rickie Lee Clark**

**Docket No. 0:02CR00186-001-DSD**
**Docket No. 0:02CR00114-001-DSD**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Rickie Lee Clark** who was sentenced for Sexual Abuse of a Minor and Assault on March 11, 2003, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Abstain from the use of alcohol and not frequent establishments
- Drug and alcohol aftercare
- Mandatory drug testing
- No association with persons under the age of 18 except in the presence of a responsible adult
- Sex offender registration
- No contact with the victim
- Participate in sex offender and/or mental health treatment
- Cooperate with collection of DNA
- Mental health aftercare
- Take any prescribed medications

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On August 15, 2005, the defendant pled guilty in Beltrami County District Court, Bemidji, Minnesota, to Giving a Peace Officer a False Name which occurred on August 13, 2005. He was sentenced to 1 year in jail with 335 days stayed for 2 years; unsupervised probation; a $2,500 fine with $2,000 stayed; and $80 in court costs. He was further ordered to remain law abiding, not use alcohol or controlled substances, submit to random testing, cooperate with probation agent, and perform community service for the fine if needed.

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On August 13, 2005, Beltrami County Sheriff's Department responded to a report of a vehicle parked in the middle of the road. The defendant provided a false name when questioned by the deputy sheriff. The defendant was observed to be extremely intoxicated and displayed poor balance and slurred speech.

SCANNED
AUG 26 2005
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall be placed on an alcohol detection device for a period of 60 days. The defendant shall not be responsible for the costs of the program. Additionally, the defendant is required to remain at his residence during the hours of 9:00 p.m. to 7:00 a.m. each day for random testing purposes.

ORDER OF THE COURT

Considered and ordered this 25th day of August, 2005, and ordered filed and made a part of the records in the above case.

[signature]

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature] Joan L. White

Joan L. White
U.S. Probation Officer

Executed on August 25, 2005
Place Bemidji

c: United States Sentencing Commission