PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JAN 12 PM 2:51
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Rickie Lee Clark**

**Docket No. 0:02CR00186-001(DSD)**
**Docket No. 0:02CR00114-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Rickie Lee Clark** who was sentenced for Sexual Abuse of a Minor and Assault on March 11, 2003, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Abstain from alcohol and do not frequent establishments
- Drug and alcohol aftercare
- Mandatory drug testing
- No association with persons under the age of 18 except in the presence of a responsible adult
- Sex offender registration
- No contact with the victim
- Participate in sex offender and/or mental health treatment
- Cooperate in the collection of DNA
- Mental health aftercare
- Take any prescribed medications

On August 25, 2005, conditions of supervision were modified due to new criminal conduct and use of alcohol to include:

- Placement on an alcohol detection device for a period of 60 days

On November 21, 2005, conditions of supervision were modified due to failing to respond to the telephone when contacted by the alcohol detention monitoring center to include:

- 10 hours of community service

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On December 14, 2005, the defendant submitted a drug test which tested positive for marijuana. The defendant denies using marijuana.

SCANNED
JAN 12 2006
U.S. DISTRICT COURT MPLS

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On December 2, 2005, the defendant was a passenger in a vehicle that hit an oncoming vehicle. The defendant identified his girlfriend as the driver of his vehicle. When Red Lake police officers responded, both vehicles were in the ditch. The officers noted that the defendant was intoxicated.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall be placed on an alcohol detection device for a period of 90 days. The defendant shall not be responsible for the costs of the program. Additionally, the defendant is required to remain at his residence during the hours of 9:00 p.m. to 7:00 a.m. each day for random testing purposes.

ORDER OF THE COURT

Considered and ordered this 12th day of January, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on January 11, 2006
Place Bemidji

c: United States Sentencing Commission