PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT RECEIVED

APR 7 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Rickie Lee Clark**

**Docket No. 0:02CR00186-001(DSD)**
**Docket No. 0:02CR00114-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Rickie Lee Clark** who was sentenced for Sexual Abuse of a Minor and Assault on March 11, 2003, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Abstain from alcohol and do not frequent establishments
- Drug and alcohol aftercare
- Mandatory drug testing
- No association with persons under the age of 18 except in the presence of a responsible adult
- Sex offender registration
- No contact with the victim
- Participate in sex offender and/or mental health treatment
- Cooperate in the collection of DNA
- Mental health aftercare
- Take any prescribed medications

On August 25, 2005, conditions of supervision were modified due to new criminal conduct and use of alcohol to include:

- Placement on an alcohol detection device for a period of 60 days

On November 21, 2005, conditions of supervision were modified due to failing to respond to the telephone when contacted by the alcohol detention monitoring center to include:

- 10 hours of community service

On January 12, 2006, conditions of supervision were modified due to alcohol and drug use to include:

- Placement on an alcohol detection device for a period of 90 days

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

SCANNED
APR 10 2006
U.S. DISTRICT COURT MPLS

On February 27, 2006, the defendant submitted a drug test which was positive for marijuana. A sweatpatch placed on the defendant's arm on February 27, 2006, and removed on March 6, 2006, was positive for marijuana. A sweatpatch placed on the defendant's arm on March 6, 2006, and removed on March 14, 2006, was positive for marijuana. The THC levels on the second sweatpatch were much lower, which is an indicator of same usage.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 7th day of April, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Joan L. White
U.S. Probation Officer

Executed on April 5, 2006
Place Bemidji

c: United States Sentencing Commission