UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-186(1)(DSD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| RICKIE LEE CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

02-186(DSD)

Defendant Name

Rickie Lee Clark

Remove AUSA

Lisagaye A. Biersay

Add AUSA

Lisa D. Kirkpatrick

Dated:

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: James E. Lackner
First Assistant U.S. Attorney