**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Rickie Lee Clark,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

Case No: 02-114(1)(DSD/RLE) & 02-186(1)(DSD)
Date: July 24, 2006
Court Reporter: Lorilee Fink
Time Commenced: 2:00 p.m.
Time Concluded: 2:15 p.m.
Time in Court: 15 Minutes

## APPEARANCES:

Plaintiff: Lisa D. Kirkpatrick, Assistant U.S. Attorney
Defendant: Andrea K. George : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Supervised Release continued to 4/11/2008.
: Defendant is sentenced to: 3 months.
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk