**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: ARTHUR J. BOYLAN<br>U.S. Magistrate Judge |
| Plaintiff, | ) | |
| v. | ) | Case No: CR 02-114 DSD/RLE; CR 02-186 DSD |
| Rickie Lee Clark, | ) | Date: 02/26/07 |
| | ) | Court Reporter: None |
| Defendant. | ) | Tape Number: 61/1114-2071 |
| | | Time Commenced: 1:40 p.m. |
| | | Time Concluded: 1:45 p.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

**Plaintiff:** Jim Lackner,
Assistant U.S. Attorney

**Defendant:** Reggie Aligada
√ To be appointed

Interpreter / Language: None / English

Date Charges Filed: 02/15/07 Offense: Violation of Supervised Release

√ Waived Reading of Charges √ Advised of Rights

on Violation of: √ Supervised Release

√ Government moves for detention.

Motion is: √ granted, temporary detention ordered.

Next appearance date is Tuesday, February 27, 2007 at 3:00 p.m. before U.S. Magistrate Judge Boylan for:
√ detention hrg √ preliminary revocation

Additional Information:

s/AR
Criminal Duty Clerk