**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| v. | ) | BEFORE: David S. Doty |
| | ) | U.S. District Judge |
| Rickie Lee Clark, Defendant. | ) | Case No: 02-114(1)(DSD/RLE) & 02-186(1)(DSD) |
| | ) | Date: March 23, 2007 |
| | ) | Court Reporter: Lorilee Fink |
| | ) | Time Commenced: 8:50 a.m. |
| | | Time Concluded: 9:15 a.m. |
| | | Time in Court: 25 Minutes |

## APPEARANCES:

Plaintiff: William Koch, Assistant U.S. Attorney
Defendant: Reynaldo A. Aligada, Jr. : FPD

## PROCEEDINGS:.

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations..

## ORDERED:

: Defendant is sentenced to 9 months and no supervision to follow.
: Defendant is in custody.
: Written order to be issued.

s/ Connie L. Baker
Calendar Clerk