# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.

**Rickie Lee Clark**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02-114(1)(DSD)**
**02-186(1)(DSD/RLE)**
USM Number: **10367-041**
Social Security Number: **XXX-XX-9128**
Date of Birth: **1972**

**Reynaldo A. Aligada, Jr.**
Defendant's Attorney

**THE DEFENDANT:**

[**x**] admitted guilt to violation of **Special Conditions** of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | Failure to abstain from the use of alcohol | 2/10/2007 |
| Special Condition | Associating with persons under the age of 18 | 2/10/2007 |
| Special Condition | Failure to participate in sex offender treatment | 2/10/2007 |
| Standard Condition | Committed another crime | 2/17/2007 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**March 23, 2007**
Date of Imposition of Judgment

s/David S. Doty
Signature of Judge

**DAVID S. DOTY**, Senior United States District Judge
Name & Title of Judge

**March 23, 2007**
Date

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: RICKIE LEE CLARK
CASE NUMBER: 02-114(1)(DSD) & 02-186(1)(DSD/RLE)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **9 months with no supervised release to follow**.

[] The court makes the following recommendations to the Bureau of Prisons:

[**x**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on____________________ to ____________________________

at ________________________ , with a certified copy of this judgment.

________________________
United States Marshal

By ________________________
Deputy United States Marshal